UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| LORRAINE D. MYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:14-CV-115 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 23). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for Summary Judgment (Court File No. 17) is **GRANTED** in part to the extent that it seeks remand under sentence six and **DENIED** in part, to the extent it seeks reversal for an award of benefits,

(2) The Commissioner's Motion for Summary Judgment (Court File No. 20) is **DENIED**,

(3) The Commissioner's decision is **REMANDED** under Sentence Six of 42 U.S.C. § 405(g) to the Commissioner for further administrative consideration of new and

material evidence under Sentence Six of 42 U.S.C. § 405(g).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT